_____
Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
April 20, 2018

MARNI RUBIN WATKINS, ESQ.
Nevada Bar No. 9674
FIDELITY NATIONAL LAW GROUP
1701 Village Center Circle, Suite 110
Las Vegas, Nevada 89134
Tel: (702) 667-3000
Fax: (702) 433-3091
Email: marni.watkins@fnf.com
*Attorneys for Deutsche Bank National Trust Company*
*As Trustee for WaMu Pass Through Certificates*
*Series 2005-AR6*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE:<br><br>MARGARET LESLIE CANTLON, aka Cindy Cantlon, Mrs. William McKean Cantlon<br><br>Debtor.<br><br>_____<br><br>MARGARET LESLIE CANTLON,<br><br>Plaintiff<br><br>vs.<br><br>Deutsche Bank National Trust Company as Trustee for WaMu Mortgage Pass Through Certificates Series 2005-AR6,<br><br>Defendant.<br><br>_____<br><br>Deutsche Bank National Trust Company as Trustee for WaMu Mortgage Pass Through Certificates Series 2005-AR6,<br><br>Counterclaimant | Case No. BK-15-50292-btb<br>Chapter 11<br><br>Adv. Proc. No. 15-05047-btb<br><br>**ORDER REFORMING DEUTSCHE BANK'S DEED OF TRUST**<br><br>Hearing Date: Sept 20, 2017<br>Hearing Time: 2:00 p.m. |

**Fidelity National Law Group**
1701 Village Center Circle
Suite 110
Las Vegas, Nevada 89134
(702) 667-3000

Page 1 of 2

| | |
|---|---|
| 1 | vs.                                                          ) |
| 2 | MARGARET LESLIE CANTLON,           ) |
| 3 | |
| 4 |                                 Counter-defendant.       ) |

Chapter 11 debtor, Margaret Leslie Cantlon, Debtor in Possession ("Cantlon") and Deutsche Bank National Trust Company as Trustee for WaMu Pass Through Certificate Series 2005-AR6 ("Deutsche Bank") having entered into an agreement on August 7, 2017 ("Settlement Agreement") settling all issues in this Adversary Proceeding, which Settlement is on file in this Adversary Proceeding as Doc 32-1 and this Court having entered an Order Approving Compromise and Settlement of Adversary Proceeding on September 9, 2017 as Doc 36, and pursuant to the Settlement Agreement, this Court now enters an Order Reforming Deutsche Bank's deed of trust as follows:

IT IS HEREBY ORDERED that the Deed of Trust recorded with the Washoe County Recorder on December 20, 2004 as Doc # 3145127, hereby encumbers 25 Southridge Drive, Reno, NV 89509; which includes Assessor Parcel Numbers 014-141-05; and 014-141-06.

**IT IS SO ORDERED**.

Submitted by:
FIDELITY NATIONAL LAW GROUP


  /s/ Marni Rubin Watkins
MARNI RUBIN WATKINS, ESQ.
Nevada Bar No. 9674
1701 Village Center Circle, Suite 110
Las Vegas, Nevada 89134
*Attorneys for Defendant/Counterclaimant*

**Fidelity National Law Group**
1701 Village Center Circle
Suite 110
Las Vegas, Nevada 89134
(702) 667-3000